**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.*
*dba AcctCorp of Southern Nevada and*
*Donna Armenta, Esq.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERPETUA MARY THOMAS, on behalf of herself and all others similarly situated; | Case Number: 2:18-cv-00973-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF NO. 1]** |
| vs. | |
| RICHLAND HOLDINGS, INC. DBA ACCTCORP OF SOUTHERN NEVADA, a Nevada corporation, and DONNA ARMENTA, ESQ., an individual. | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Perpetua Mary Thomas ("Plaintiff"), through her counsel of record, Gesund & Pailet, LLC, and defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp") and Donna Armenta d/b/a Donna Armenta Law ("Armenta"), hereby stipulate to extend the time for AcctCorp and Armenta to respond to the Complaint [ECF No. 1] to July 27, 2018.

The parties submit that good cause exists for this extension because the parties are currently engaged in settlement negotiations and, in order to conserve resources during the pendency of negotiations, have agreed that AcctCorp and Armenta would be given until July 27, 2018, by which to respond to Plaintiff's Complaint.

/ / /

/ / /

MAC:14665-011 3443840_1.docx 7/3/2018 12:33 PM

1   IT IS SO STIPULATED.

2   Dated this  3rd  day of July, 2018.          Dated this  3rd  day of July, 2018.

3   MARQUIS AURBACH COFFING          GESUND & PAILET, LLC

4   By:   */s/ Jared M. Moser, Esq.*            By:   */s/ Karen E. Gesund, Esq.*
      Terry A. Coffing, Esq.                      Keren E. Gesund, Esq.
5     Nevada Bar No. 4949                         Nevada Bar No. 10881
      Chad F. Clement, Esq.                       5550 Painted Mirage Rd., Suite 320
6     Nevada Bar No. 12192                        Las Vegas, NV  89149
      Jared M. Moser, Esq.                        *Attorney for Plaintiff*
7     Nevada Bar No. 13003
      10001 Park Run Drive
8     Las Vegas, Nevada  89145
      *Attorneys for Richland Holdings, Inc. d/b/a*
9     *AcctCorp of Southern Nevada and Donna*
      *Armenta d/b/a Donna Armenta Law*
10

11

12                          **ORDER**

13          **IT IS SO ORDERED.**

14          AcctCorp's and Armenta's new deadline to respond to the complaint shall be July 27,

15   2018.

16          DATED this 3rd day of July, 2018.

17

18                                             _____
                                               U.S. MAGISTRATE JUDGE
19   JUDGE*Richland Holdings, Inc.*
     *dba AcctCorp of Southern Nevada and*
     *    Donna Armenta, Esq.*
20

21

22

23

24

25

26

27

28

Page 2 of 2